[THE STATE EX REL.] TAYLOR, APPELLANT, *v.* LEFFLER, PROS. ATTY., ET AL., APPELLEES.

[Cite as *State ex rel. Taylor v. Leffler* (2000), 88 Ohio St.3d 178.]

(No. 99–1733—Submitted January 11, 2000—Decided March 8, 2000.)

*Larry Taylor, pro se.*

***Per Curiam.*** We affirm the judgment of the court of appeals for the reasons stated in its opinion. A writ of mandamus will not issue to compel an act already performed. *State ex rel. Sharif v. Cuyahoga Cty. Court of Common Pleas* (1999), 85 Ohio St.3d 375, 376, 708 N.E.2d 718, 719. And appellees had no duty to create documents to meet Taylor's requests. *State ex rel. Warren v. Warner* (1999), 84 Ohio St.3d 432, 433, 704 N.E.2d 1228, 1229.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.